FILED
2019 FEB 12 PM 1:24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SABRINA AFONSO MEDINA,<br><br>　　　　Defendant. | CR No. 19-CR-00081-RGK<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1344(2): Bank Fraud;<br>18 U.S.C. § 1028A(a)(1):<br>Aggravated Identity Theft;<br>18 U.S.C. § 1543: Use of an<br>Altered Passport] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1344(2)]

A.　INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.　Bank of America, N.A. ("Bank of America") was a federally-insured financial institution insured by the Federal Deposit Insurance Corporation.

2.　Victim S.K. held an account at Bank of America with a bank account number ending in 3388 (the "3388 account").

B.  THE SCHEME TO DEFRAUD

3.  Beginning on a date unknown to the Grand Jury, and continuing through on or about August 3, 2018, in Los Angeles County, within the Central District of California, and elsewhere, defendant SABRINA AFONSO MEDINA ("MEDINA"), together with others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised, executed, and attempted to execute a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Bank of America by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4.  The fraudulent scheme operated, in substance, in the following manner:

    a.  Defendant MEDINA would possess an altered Venezuelan passport and altered Venezuelan driver's license that contained victim S.K.'s name and date of birth, but which contained defendant MEDINA's picture.

    b.  Defendant MEDINA would use the altered Venezuelan passport and altered Venezuelan driver's license at a Bank of America branch to obtain funds from the 3388 account. In doing so, defendant MEDINA would falsely represent to Bank of America that she was victim S.K., and concealed from Bank of America that defendant MEDINA did not have victim S.K.'s authorization to access the 3388 account.

C.  EXECUTION OF THE FRAUDULENT SCHEME

5.  On or about August 3, 2018, in Los Angeles County, within the Central District of California, defendant MEDINA committed an act that was an execution of the fraudulent scheme, namely, defendant MEDINA withdrew approximately $202,255.17 from victim S.K.'s 3388

account using an altered Venezuelan passport and an altered Venezuelan driver's license in victim S.K.'s name, at a Bank of America branch located at 10731 West Pico Boulevard, Los Angeles, California.

COUNT TWO

[18 U.S.C. § 1028A(a)(1)]

On or about August 3, 2018, in Los Angeles County, within the Central District of California, defendant SABRINA AFONSO MEDINA ("MEDINA") knowingly possessed and used, without lawful authority, a means of identification that defendant MEDINA knew belonged to another person, namely, the name of S.K., during and in relation to the offense of Bank Fraud, a felony violation of Title 18, United States Code, Section 1344(2), as charged in Count One of this Indictment.

COUNT THREE

[18 U.S.C. § 1543]

On or about August 3, 2018, in Los Angeles County, within the Central District of California, defendant SABRINA AFONSO MEDINA ("MEDINA") knowingly and willfully used and attempted to use a false, forged, counterfeited, mutilated, and altered passport and instrument purporting to be a passport, namely, a Venezuelan passport with a passport number ending in 3954, which had been altered to bear defendant MEDINA's photograph.

A TRUE BILL

/S/

Foreperson

TRACY L. WILKISON
Attorney for the United States
Acting Under Authority Conferred
by 28 U.S.C. § 515

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

JULIA S. CHOE
Assistant United States Attorney
General Crimes Section